

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## AT BALTIMORE

In Re:   Erick M. Beavers

Case No. 19-14442-RAG
Chapter 13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

US BANK TRUST NATIONAL
ASSOCIATION AS TRUSTEE OF
CABANA SERIES III TRUST, Movant
(BSI Financial Services, INC.), Servicer

vs.

Erick M. Beavers, Debtor
Wendy A. Beavers, Non-Filing Co-Debtor
            Respondent(s)

### ORDER TERMINATING AUTOMATIC STAY AS TO THE DEBTOR AND NON-FILING CO-DEBTOR
### Real Property at 105 Boxwood Road, Annapolis, Maryland 21403

Upon consideration of the Motion for Relief from Stay filed by the Movant, US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST, Movant (BSI Financial Services, INC.), Servicer for good cause shown, and no opposition having been filed thereto, it is:

ORDERED, that the stay of 11 U.S.C. Section 362(a) and 11 U.S.C. Section 1301 be and hereby is terminated so as to permit the Noteholder, or its assigns, to enforce its rights under the provisions of the Deed of Trust, and/or to resume or commence foreclosure proceedings under the provisions of the Deed of Trust dated April 10, 2003, and recorded among the land records of Anne Arundel County, Maryland, at Liber 13015 and folio 015 and regarding the real property of the Debtor at 105 Boxwood Road, Annapolis, Maryland 21403; provided, however, that any surplus proceeds from the foreclosure sale, after the satisfaction of Movant's debt and payment of sale costs, shall be paid to the trustee for distribution through the bankruptcy estate; and, it is further;

18-603537                                                                                                                               (kf)

ORDERED, that this relief shall apply to proceedings for possession of the real property after the foreclosure.

ORDERED, that the automatic stay of 11 U.S.C. Section 362(a) and 11 U.S.C. Section 1301 shall not be re-imposed as to the Debtor's interest in the property by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

Copies to:

Erick M. Beavers
105 Boxwood Road
Annapolis, Maryland  21403

Wendy A. Beavers
105 Boxwood Road
Annapolis, Maryland  21403

Copies were sent electronically via the CM/ECF system to Candy L. Thompson, attorney for Debtor and Robert S. Thomas, II, Chapter 13 Trustee.

**End of Order**

18-603537